# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

KELVIN J. ROBBINS,  )
)
    Plaintiff,  )
)
v.  )  Case No. CV411-193
)
USHER RAYMOND, IV, *et al.*,  )
)
    Defendants.  )

## REPORT AND RECOMMENDATION

The Report and Recommendation (R&R) entered on June 13, 2012 in this copyright action limited *pro se* plaintiff Kelvin J. Robbins to just two more filings before the district judge's R&R ruling: (1) his Fed. R. Civ. P. 4(m) showing why the Court should not dismiss his case against captioned defendant Usher Raymond for lack of timely service; and (2) a Fed. R. Civ. P. 72(b)(2) Objection. Doc. 67 at 11, *reported at* 2012 WL 2153944. Violating that limitation, Robbins has filed (in unedited form) a "Motion to Deny Defendant's Docket 63 and it pleadings' alleged and to Moot Further Motion Practice by all Defendant's, & Objection." Doc. 70 at 1.

Plaintiff's "Motion to Deny" supplies nothing more than argument against a prior defense motion already resolved by the R&R. In a sense it is simply re-argument -- the stuff of Fed. R. Civ. P. 59(e) motions. It otherwise bears no Rule 4(m) showing. Because it fails to comply with this Court's instruction, the Court **DENIES** his motion (doc. 70) as a sanction and on the merits (for it is otherwise laden with demonstrably frivolous arguments, many of which are incomprehensible).

This R&R, combined with the last, advises that Robbins' entire case should be **DISMISSED** -- with prejudice against defendants Sony Music Entertainment and LaFace Records LLC, and without prejudice against Usher Raymond. As Robbins has captioned his latest filing (doc. 70) as both a motion and an "Objection," the Clerk shall route it and this R&R to the district judge for his consideration along with the first R&R (doc. 67).

**SO REPORTED AND RECOMMENDED** this 26th day of June, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA