IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____5:00 P M_____
7   30   2012
_____
Deputy Clerk

KELVIN J. ROBBINS,            )
                              )
        Plaintiff,            )
                              )
v.                            )      CASE NO. CV411-193
                              )
USHER RAYMOND, IV; LAFACE;    )
and SONY MUSIC ENTERTAINMENT; )
                              )
        Defendants.           )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendations (Docs. 67, 71), to which objections have
been filed (Docs. 70, 76, 80, 81, 83, 84). After a careful
de novo review of the record in this case, the Court
concludes that Plaintiff's objections are without merit.
Accordingly, the report and recommendation is **ADOPTED** as
the Court's opinion in this case. As a result, Defendants
Sony Music and LaFace's Motion for Summary Judgment (Doc.
51) is **GRANTED** and Plaintiff's complaint against them is
**DISMISSED WITH PREJUDICE.** In addition, Plaintiff's
complaint against Defendant Usher is **DISMISSED WITHOUT
PREJUDICE** for failure to provide proper service.
Plaintiff's Motion for Summary Judgment (Doc. 23) and
Motion for Judgment on the Pleadings (Doc. 39) are **DENIED.**
In addition, the Court concludes that Plaintiff's "Motion

Citationing Federal Court Errors to Remove the Court's R&R"

(Doc. 79) is without merit and must be **DENIED**.   The Clerk

of Court is **DIRECTED** to close this case.

SO ORDERED this _30ᵗʰ_ day of July 2012.

_____

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA