IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:00 PM
7/30/2012
Deputy Clerk

KELVIN J. ROBBINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-193
)
USHER RAYMOND, IV; LAFACE; )
and SONY MUSIC ENTERTAINMENT; )
)
    Defendants. )
                                     )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendations (Docs. 67, 71), to which objections have been filed (Docs. 70, 76, 80, 81, 83, 84). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants Sony Music and LaFace's Motion for Summary Judgment (Doc. 51) is **GRANTED** and Plaintiff's complaint against them is **DISMISSED WITH PREJUDICE**. In addition, Plaintiff's complaint against Defendant Usher is **DISMISSED WITHOUT PREJUDICE** for failure to provide proper service. Plaintiff's Motion for Summary Judgment (Doc. 23) and Motion for Judgment on the Pleadings (Doc. 39) are **DENIED**. In addition, the Court concludes that Plaintiff's "Motion

Citationing Federal Court Errors to Remove the Court's R&R" (Doc. 79) is without merit and must be **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of July 2012.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA